UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-7246 FMO (AGRx) | Date | September 13, 2023 |
|---|---|---|---|
| Title | Juan Marquez, et al. v. Joshua Corrales, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Motion for Limited Stay of Discovery [56]

Having reviewed and considered all the briefing filed with respect to County of Los Angeles, deputy Joshua Corrales, and deputy Ernesto Hernandez's (collectively, "defendants") Motion for Limited Stay of Discovery [] (Dkt. 56), IT IS ORDERED THAT:

1. Defendants' Motion for Limited Stay of Discovery [] **(Document No. 56)** is **denied**. A separate order will be issued at a later time setting forth the court's decision.

2. Plaintiffs' Unopposed Ex Parte Application for the Court to Issue Ruling [] **(Document No. 74)** is **denied as moot**.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |