**KIRAKOSIAN LAW, APC**
GREG L. KIRAKOSIAN (SBN 294580)
GREG@KIRAKOSIANLAW.COM
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE: (213) 417-9790
FACSIMILE:  (213) 477-2355

**LAW OFFICES OF DALE K. GALIPO**
DALE K. GALIPO, ESQ. (SBN 144074)
DALEKGALIPO@YAHOO.COM
21800 BURBANK BOULEVARD, SUITE 310
WOODLAND HILLS, CA 91367
TELEPHONE: (818) 347-3333
FACSIMILE: (818) 347-4118
Attorneys for Plaintiff*s*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN MARQUEZ, by and through his guardian *ad litem*, LUCIO MARQUEZ JR.; LUCIO MARQUEZ, an individual; HILDA GONZALES, an individual; JAVIER MARQUEZ, an individual; NICHOLAS MARQUEZ, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>JOSHUA CORRALES, an individual; ERNESTO HERNANDEZ, an individual; COUNTY OF LOS ANGELES, a Public Entity; and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.: 2:22-cv-07246-FMO-AGR<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES** |

COME NOW Plaintiffs, Juan Marquez, by and through his Guardian *ad litem*, Lucio Marquez Jr., Lucio Marquez, Hilda Gonzalez, Javier Marquez, and Nicholas Marquez, and Defendants County of Los Angeles and Deputies Joshua Corrales and Ernesto

Hernandez and hereby notify this Court that the Parties have reached a conditional settlement of this entire action.

1. The parties conducted mediation on September 21, 2023 with mediator Judge Margaret Morrow (Ret.). Following the mediation, the Parties continued settlement discussions and ultimately reached a settlement of the entire action.
2. The settlement is conditioned upon approval of the relevant Los Angeles County boards, including the Claims Board and Board of Supervisors, which is anticipated to take six months or more. The settlement is also conditioned on the Court's approval of petitions to compromise the claims of minors and an incompetent person.
3. If the settlement is approved, then the Parties will file a stipulation to dismiss the entire action within ten days of Plaintiffs' receipt of the settlement funds.
4. Accordingly, the Parties respectfully request that this Court vacate all pending dates and stay all proceedings pending the approval of the settlement. The Parties further agree and request that if the settlement is not approved, then this Court shall reset the dates in this case and allow discovery to remain open only for the purpose of conducting the depositions of the named officer defendants.

DATED: November 21, 2023        LAW OFFICES OF DALE K. GALIPO

By: __/s/ Dale K. Galipo_____
Dale K. Galipo
Renee V. Masongsong
Shannon K. Leap

Attorneys for Plaintiffs

//

| | |
|---|---|
| DATED: November 21, 2023 | KIRAKOSIAN LAW, APC |
| | By: __/s/ Greg L. Kirakosian_____<br>Greg L. Kirakosian, Esq.<br>Attorney for Plaintiffs |
| DATED: November 21, 2023 | CARPENTER, ROTHANS & DUMONT |
| | By: _/s/ Jill Williams_____<br>Jill Williams<br>Kimberly Morosi<br>Attorneys for Defendants |