LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
Email: rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4111

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MARQUEZ, by and through his Guardian ad Litem, Lucio Marquez; LUCIO MARQUEZ; HILDA GONZALES; JAVIER MARQUEZ; NICHOLAS MARQUEZ;<br><br>Plaintiffs,<br><br>vs.<br><br>JOSHUA CORRALES; ERNESTO HERNANDEZ; COUNTY OF LOS ANGELES,<br><br>Defendants. | CASE NO: 2:22-cv-07246-FMO-AGR<br><br>**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION TO CREATE AND FUND SPECIAL NEEDS TRUST** |

-1-

## <u>DECLARATION OF RENEE V. MASONGSONG</u>

1.      I am an attorney licensed to practice law in the United States District Court for the Central District of California.  I am one of the attorneys of record for the Plaintiffs in this action.  I have personal knowledge of the matters stated herein and would and could testify competently thereto if called.

2.      Defendants are represented by Jill Williams; Carpenter, Rothans & Dumont; 500 South Grand Avenue, 19th Floor; Los Angeles, California 90071; 213-228-0400; jwilliams@crdlaw.com.

3.      I emailed a copy of the instant Application to Defendants' counsel on July 13, 2026.  Ms. Williams also informed me that Defendants do not oppose the filing of this application on an *ex parte* basis, and Defendants take no position on the proposed distribution of the settlement funds.

4.      Plaintiffs seek approval of JUAN's compromise on an *ex parte* basis because this case has been ongoing since October 4, 2022. The Parties reached a settlement in December 2023. The settlement was more recently approved, and the Parties wish to resolve this matter and consummate the settlement without further delay.

5.      This matter, which arises from the deputy-involved shooting of JUAN MARQUEZ ("JUAN") settled for a total of $4,500,000. Out of the $4,500,000 settlement, $2,000,000 is allocated to Plaintiff JUAN, $1,800,000 is allocated to the contingency attorneys' fees in the amount of 40%, $700,000 is allocated collectively to Plaintiffs HILDA MARQUEZ, LUCIO MARQUEZ, and NICHOLAS MARQUEZ, and Plaintiffs' counsel is waiving litigation costs. JUAN is the Plaintiff who was struck by shots during the incident giving rise to this lawsuit, and his family members, HILDA MARQUEZ, LUCIO MARQUEZ, and NICHOLAS MARQUEZ brought claims for negligent infliction of emotional distress and interference with their familial relationship with JUAN. There are no other plaintiffs in this lawsuit.

-2-
DECLARATION OF RENEE V. MASONGSONG

6.    A true and correct copy of the proposed Trust for JUAN is attached hereto as **EXHIBIT A**.

7.    A true and correct copy of the "Consent to Act as Trustee of the Juan Marquez 2026 Special Needs Trust" is attached hereto as **EXHIBIT B**.

8.    The Special Needs Trust was prepared by Rodnunsky & Associates, 5959 Topanga Canyon Blvd., Suite 220, Woodland Hills, CA 91367, Ph: 818-737-1090, Fax: 818-737-1089.

8.    Pursuant to California Probate Code §3602(3)(f), the following governmental agencies have been provided a copy of this petition 15 days prior to the filing of the instant ex parte application and motion. Attached hereto as **EXHIBIT C** is a true and correct copy of the Notice of Hearing that was mailed to the below agencies.

a.    Director of Developmental Services
Legal Department
P.O. Box 944202
Sacramento, CA 94244-2020

b.    Department of State Hospitals
1215 O Street
Sacramento, CA 95814

c.    California Department of Health Services
Special Needs Trust Unit,
MS 4720, P.O. Box 997425,
Sacramento, CA 95899-7425

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 21st day of July, 2026 at Woodland Hills, California.

_s/ Renee V. Masongsong_

Renee V. Masongsong

DECLARATION OF RENEE V. MASONGSONG