# EXHIBIT B

Gregory J. Lederman, State Bar No. 217508
Allison R. Loevner, State Bar No. 305782
RODNUNSKY & ASSOCIATES
5959 Topanga Canyon Boulevard, Suite 220
Woodland Hills, California 91367
TEL: (818) 737-1090
FAX: (818) 737-1089
Allison.loevner@rodnunskylaw.com

Attorneys for Proposed Trustee,
SILVIA ROSALES, PPF

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

# IN AND FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| **In Re the Matter of the:**<br><br>**JUAN MARQUEZ 2026 SPECIAL NEEDS TRUST** | **CONSENT TO ACT AS TRUSTEE OF THE JUAN MARQUEZ 2026 SPECIAL NEEDS TRUST** |

I, SILVIA ROSALES, PPF, consent to act as Trustee of the *Juan Marquez 2026 Special Needs Trust*.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 05/14/2026

*Silvia Rosales*
Silvia Rosales (May 14, 2026 10:35:21 PDT)

SILVIA ROSALES, PPF

CONSENT TO ACT

1