# EXHIBIT C

DE-120

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY**<br>NAME: Dale K. Galipo<br>FIRM NAME: Law Offices of Dale K. Galipo<br>STREET ADDRESS: 21800 Burbank Blvd., Ste. 310<br>CITY: Woodland Hills  STATE: CA  ZIP CODE: 91367<br>TELEPHONE NO.: 818-347-3333  FAX NO.: 818-347-4111<br>EMAIL ADDRESS: dalekgalipo@yahoo.com<br>ATTORNEY FOR (name): Plaintiffs, JUAN MARQUEZ, et al.<br>STATE BAR NUMBER: 144074 | **FOR COURT USE ONLY** |

**FEDERAL DISTRICT COURT**
STREET ADDRESS: 350 W 1st Street
MAILING ADDRESS: 350 W 1st Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Federal District Court

[ ] ESTATE OF (name):    [x] IN THE MATTER OF (name):

[ ] DECEDENT    [x] TRUST    [ ] OTHER

| | |
|---|---|
| **NOTICE OF HEARING—DECEDENT'S ESTATE OR TRUST** | CASE NUMBER:<br>2:22-cv-07246-FMO-AGR |

*This notice is required by law. You are not required to appear in court, but you may attend the hearing and object or respond if you wish. If you do not respond or attend the hearing, the court may act on the filing without you.*

1. NOTICE is given that (name): JUAN MARQUEZ
   *(fiduciary or representative capacity, if any):* By and through his guardian ad lidem, LUCIO MARQUEZ,
   has filed a petition, application, report, or account *(specify complete title and briefly describe):*\*

   Unopposed Ex Parte Application to Create and Fund Special Needs Trust

   [ ] The filing is a report of the status of a decedent's estate administration made under Probate Code section 12200. See the NOTICE below.

   Please refer to the filed documents for more information about the case. *(Some documents filed with the court are confidential.)*

2. A HEARING on the matter described in 1 will be held as follows:

| **Hearing Date** → | Date: Ex Parte | Time: | Name and address of court, if different from above:<br>Honorable Fernando M. Olguin<br>350 W 1st Street |
|---|---|---|---|
| | Dept.: | Room: 6D | |

**NOTICE**
**If the filing described in 1 is a report of the status of a decedent's estate administration made under Probate Code section 12200,**
**YOU HAVE THE RIGHT TO PETITION FOR AN ACCOUNTING UNDER SECTION 10950 OF THE PROBATE CODE.**



**Requests for Accommodations**
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the hearing. Contact the clerk's office or go to *www.courts.ca.gov/forms* for *Request for Accommodations by Persons With Disabilities and Response* ( form MC-410 ). (Civ. Code, § 54.8.)

\* Do **not** use this form to give notice of a petition to administer an estate (see Prob. Code, § 8100, and use form DE-121), notice of a hearing in a guardianship or conservatorship case (see Prob. Code, §§ 1511 and 1822, and use form GC-020), or notice of a hearing on a petition to determine a claim to property (see Prob. Code, § 851, and use form DE-115/GC-015).

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>DE-120 [Rev. January 1, 2020]

**NOTICE OF HEARING—DECEDENT'S ESTATE OR TRUST**

Probate Code, §§ 1211, 1215, 1220,<br>1230, 12201, 17100, 17203<br>*www.courts.ca.gov*

**DE-120**

| ☐ ESTATE OF *(name):*   ☒ IN THE MATTER OF *(name):* | CASE NUMBER: |
|---|---|
| ☐ DECEDENT   ☒ **X** TRUST   ☐ OTHER | 2:22-cv-07246-FMO-AGR |

## CLERK'S CERTIFICATE OF POSTING

1. I certify that I am not a party to this cause.

2. A copy of the foregoing *Notice of Hearing—Decedent's Estate or Trust*

   a. was posted at *(address):*

   b. was posted on *(date):*

Date: _____    Clerk, by _____, Deputy

---

## PROOF OF SERVICE BY MAIL*

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing occurred.

2. My residence or business address is *(specify):*
   21800 Burbank Blvd., Suite 310
   Woodland Hills, CA 91367

3. I served the foregoing *Notice of Hearing—Decedent's Estate or Trust* on each person named below by enclosing a copy in an envelope addressed as shown below AND

   a. ☐ **depositing** the sealed envelope on the date and at the place shown in item 4 with the U.S. Postal Service with the postage fully prepaid.

   b. ☒ **placing** the envelope for collection and mailing on the date and at the place shown in item 4 following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service in a sealed envelope with postage fully prepaid.

4. a. Date mailed: 7/21/2026

   b. Place mailed *(city, state):* Woodland Hills, CA

5. ☒ I served with the *Notice of Hearing—Decedent's Estate or Trust* a copy of the petition or other document referred to in item 1 of the Notice.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 21, 2026

Alejandro Monguia
(TYPE OR PRINT NAME)          ▶          (SIGNATURE)

### NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED

| | Name | Address *(street & number, city, state, zip code)* |
|---|---|---|
| 1. | Director of Developmental Services Legal Department | P.O. Box 944202 Sacramento, CA 94244-2020 |
| 2. | California Department of Health Services / Special Needs Unit | MS 4720, PO Box 997425 Sacramento, CA 95899-7425 |
| 3. | Department of State Hospitals | MS 5, 1215 O Street Sacramento, CA 95814 |
| 4. | | |
| 5. | | |

☐ Continued on an attachment. *(You may use Attachment to Notice of Hearing Proof of Service by Mail, form DE-120(MA)/GC-020(MA), for this purpose.)*

* Do **not** use this form for proof of personal service. You may use form DE-120(P) to prove personal service of this Notice.

DE-120 [Rev. January 1, 2020]          **NOTICE OF HEARING—DECEDENT'S ESTATE OR TRUST**          **Page 2 of 2**