**LAW OFFICES OF DALE K. GALIPO**
DALE K. GALIPO, ESQ. (SBN 144074)
DALEKGALIPO@YAHOO.COM
RENEE V. MASONGSONG (SBN 281819)
RVALENTINE@GALIPOLAW.COM
21800 BURBANK BOULEVARD, SUITE 310
WOODLAND HILLS, CA 91367
TELEPHONE: (818) 347-3333
FACSIMILE: (818) 347-4118

**KIRAKOSIAN LAW, APC**
GREG L. KIRAKOSIAN (SBN 294580)
GREG@KIRAKOSIANLAW.COM
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE: (213) 417-9790
FACSIMILE: (213) 477-2355

Attorneys for Plaintiffs and Claimant M.M.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN MARQUEZ, by and through his Guardian ad Litem, Lucio Marquez; LUCIO MARQUEZ; HILDA GONZALES; JAVIER MARQUEZ; NICHOLAS MARQUEZ;

Plaintiffs,

vs.

JOSHUA CORRALES; ERNESTO HERNANDEZ; COUNTY OF LOS ANGELES,

Defendants.

CASE NO: 2:22-cv-07246-FMO-AGR

**PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE PROPOSED ORDER UNDER SEAL**

*Assigned for all purposes to the Honorable Fernando M. Olguin*

/ / /

/ / /

**TO THIS HONORABLE COURT, AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiffs, JUAN MARQUEZ, by and through his guardian ad litem, LUCIO MARQUEZ, JR.; HILDA GONZALES; JAVIER MARQUEZ; and NICHOLAS MARQUEZ ("Plaintiffs") hereby move this Court for leave to file a proposed order under seal. The proposed order grants Plaintiffs' Unopposed *Ex Parte* Application for Approval of Compromise of the Claims or Potential Claims of Minor Claimant M.M. and disbursement of the settlement funds. The proposed order states, in pertinent part, "$5,000 shall be placed in a blocked interest bearing account in the name of M.M. at Wells Fargo Bank until M.M. turns 18. The account shall be federally insured and subject to withdrawal only upon further court order, or automatically available to the minor when they reach the age of 18. The deposit will be made at the La Mirada branch of Wells Fargo Bank, located at 15056 Rosecrans Ave., La Mirada, CA 90638." Federal Rule of Civil Procedure 5.2 and Central District Local Rules 5.2-1, 5.2-2 require Plaintiffs to redact the minor's full name from the *Ex Parte* Application and proposed order before electronically filing the documents. However, the bank will need an order containing minor M.M.'s full name in order to block the account where the $5,000 is being deposited. Therefore, GOOD CAUSE exists for this Court to grant Plaintiffs' instant unopposed application for under seal filing. Concurrent with this application for under seal filing, Plaintiffs are publicly filing the proposed order with M.M.'s full name redacted. Plaintiffs request that this Court enter/file the version of the proposed order granting Plaintiffs' *Ex Parte* Application for Approval of Compromise of the Claims or Potential Claims of Minor Claimant M.M. and disbursement of the settlement funds that includes M.M.'s full name so that Plaintiffs may provide the signed, unredacted order to the bank. [Declaration of Renee V. Masongsong at ¶ 2].

Prior to filing the instant application for under seal filing, on August 21, 2026, Plaintiffs' counsel contacted Defendants' counsel. Defendants are represented by: Jill Williams; Carpenter, Rothans & Dumont; 500 South Grand Avenue, 19th Floor; Los Angeles, California 90071; 213-228-0400; jwilliams@crdlaw.com. Defendants' counsel has no opposition to this application for under seal filing. [Declaration of Renee V. Masongsong at ¶ 3].

Based on the foregoing, Plaintiffs respectfully request that the Court grant this application to file the unredacted proposed order under seal.

Respectfully submitted,

DATED: August 21, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: *_/s/ Dale K. Galipo_*
DALE K. GALIPO
RENEE V. MASONGSONG
Attorneys for Plaintiffs and Claimant M.M.

DATED: August 21, 2026

**KIRAKOSIAN LAW, APC**

By: *_/s/ Greg L. Kirakosian_*
GREG L. KIRAKOSIAN
Attorneys for Plaintiffs and Claimant M.M.