LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, Esq. (SBN 144074)
E-mail: dalekgalipo@yahoo.com
Renee V. Masongsong, Esq. (SBN 281819)
Email: rvalentine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4111

*Attorneys for Plaintiffs and Claimant M.M.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN MARQUEZ, by and through his Guardian ad Litem, Lucio Marquez; LUCIO MARQUEZ; HILDA GONZALES; JAVIER MARQUEZ; NICHOLAS MARQUEZ;

Plaintiffs,

vs.

JOSHUA CORRALES; ERNESTO HERNANDEZ; COUNTY OF LOS ANGELES,

Defendants.

CASE NO: 2:22-cv-07246-FMO-AGR

**DECLARATION OF RENEE V. MASONGSONG IN SUPPORT OF PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE PROPOSED ORDER UNDER SEAL**

**DECLARATION OF RENEE V. MASONGSONG**

1. I am an attorney licensed to practice law in the United States District Court for the Central District of California. I am one of the attorneys of record for the Plaintiffs in this action and for minor claimant M.M. I have personal knowledge of the matters stated herein and would and could testify competently thereto if called.

2. GOOD CAUSE exists for this Court to grant Plaintiffs' instant unopposed application for under seal filing. The proposed order states, in pertinent part, "$5,000 shall be placed in a blocked interest bearing account in the name of M.M. at Wells Fargo Bank until M.M. turns 18. The account shall be federally insured and subject to withdrawal only upon further court order, or automatically available to the minor when they reach the age of 18. The deposit will be made at the La Mirada branch of Wells Fargo Bank, located at 15056 Rosecrans Ave., La Mirada, CA 90638." Federal Rule of Civil Procedure 5.2 and Central District Local Rules 5.2-1, 5.2-2 require Plaintiffs to redact the minor's full name from the *Ex Parte* Application and proposed order before electronically filing the documents. However, the bank will need an order containing minor M.M.'s full name in order to block the account where the $5,000 is being deposited.

3. I emailed a copy of the application for under seal filing filed concurrently herewith to Defendants' counsel on August 20, 2026. Defendants are represented by Jill Williams; Carpenter, Rothans & Dumont; 500 South Grand Avenue, 19th Floor; Los Angeles, California 90071; 213-228-0400; jwilliams@crdlaw.com. Counsel for Defendants, Ms. Williams, informed me that Defendants have no opposition to the application for under seal filing.

//

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed this 21st day of August, 2026 at Woodland Hills, California.

*s/ Renee V. Masongsong*

Renee V. Masongsong