UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JUAN MARQUEZ, LUCIO MARQUEZ, HILDA GONZALES, JAVIER MARQUEZ, NICHOLAS MARQUEZ;

Plaintiffs,

vs.

JOSHUA CORRALES; ERNESTO HERNANDEZ, an individual; COUNTY OF LOS ANGELES, a Public Entity,

Defendants.

**CASE NO.: 2:22-cv-07246-FMO-AGR**

**[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE PROPOSED ORDER UNDER SEAL**

IT IS HEREBY ORDERED THAT the Application for Leave to File Proposed Order Under Seal is Granted.

IT IS SO ORDERED.

DATED: UNITED STATES DISTRICT COURT

By:______________________________________

Honorable Fernando M. Olguin