**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN MARQUEZ, by and through his Guardian ad Litem, Lucio Marquez; LUCIO MARQUEZ; HILDA GONZALES; JAVIER MARQUEZ; NICHOLAS MARQUEZ;

Plaintiffs,

vs.

JOSHUA CORRALES; ERNESTO HERNANDEZ; COUNTY OF LOS ANGELES,

Defendants.

CASE NO: 2:22-cv-07246-FMO-AGR

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED EX PARTE APPLICATION FOR APPROVAL OF THE CLAIMS OR POTENTIAL C[redacted] OF CLAIMANT M[redacted] M[redacted] AND DISBURS[redacted] OF SETTLEMENT FUNDS**

**[PROPOSED] ORDER**

Having reviewed Plaintiffs' Unopposed Ex Parte Application for Approval of the Claims or Potential Claims of Minor Claimant M[redacted] M[redacted] and Disbursement of Settlement Funds, this Court hereby GRANTS the Application and orders as follows:

///

1. The settlement of the claims or potential claims of minor claimant M[redacted] M[redacted] in the amount of $5,000 is hereby approved.

2. As previously ordered (Dkt. 90), Defendants, through counsel, shall prepare and deliver the drafts for the gross settlement proceeds in the amount of $4,500,000, payable as follows:

a. A draft for $2,500,000 shall be made payable to the "Law Offices of Dale K. Galipo, Client Trust Account."

b. A draft for $2,000,000, made out to "Silvia Rosales, as trustee of the Juan Marquez 2026 Special Needs Trust."

3. Defendants, through counsel, shall disburse the settlement drafts within 20 days of the date of this order.

4. The draft for $2,500,000 made payable to the "Law Offices of Dale K. Galipo, Client Trust Account" shall be used to satisfy the following: (1) the net portions of the settlement allocated to the other plaintiffs in this case (Lucio Marquez, Hilda Gonzales, Javier Marquez, Nicholas Marquez) as well as to minor claimant M[redacted] M[redacted] in the amount of $700,000; (2) the contingency attorneys' fees owed by the plaintiffs in the total amount of $1,800,000 which is 40% of the gross settlement, which shall be split between two law firms.

5. Out of the net $700,000 allocated to Plaintiffs Lucio Marquez, Hilda Gonzales, Javier Marquez, Nicholas Marquez, and minor claimant M[redacted] M[redacted], $5,000 shall be placed in a blocked interest bearing account in the name of Michael Marquez at Wells Fargo Bank until M[redacted] M[redacted] turns 18. The account shall be federally insured and subject to withdrawal only upon further court order, or automatically available to the minor when they reach the age of 18. The deposit will be made at the La Mirada branch of Wells Fargo Bank, located at 15056 Rosecrans Ave., La Mirada, CA 90638.

6. Lucio Marquez as guardian ad litem for M[redacted] M[redacted] shall file an Acknowledgement of Receipt with this Court within 10 days of deposit of the

$5,000 into the blocked interest bearing account in the name of M[redacted] M[redacted] at the La Mirada branch of Wells Fargo Bank.

**IT IS SO ORDERED.**

Dated: __________, 2026

______________________________________
Honorable Fernando M. Olguin
United States District Court
Central District of California