**LAW OFFICES OF DALE K. GALIPO**
DALE K. GALIPO, ESQ. (SBN 144074)
DALEKGALIPO@YAHOO.COM
21800 BURBANK BOULEVARD, SUITE 310
WOODLAND HILLS, CA 91367
TELEPHONE: (818) 347-3333
FACSIMILE: (818) 347-4118

**KIRAKOSIAN LAW, APC**
GREG L. KIRAKOSIAN (SBN 294580)
GREG@KIRAKOSIANLAW.COM
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE: (213) 417-9790
FACSIMILE: (213) 477-2355

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JUAN MARQUEZ, LUCIO MARQUEZ, HILDA GONZALES, JAVIER MARQUEZ, NICHOLAS MARQUEZ;

Plaintiffs,

vs.

JOSHUA CORRALES; ERNESTO HERNANDEZ, an individual; COUNTY OF LOS ANGELES, a Public Entity,

Defendants.

**CASE NO.: 2:22-cv-07246-FMO-AGR**

**PLAINTIFFS' APPLICATION FOR APPOINTMENT OF LUCIO MARQUEZ AS GUARDIAN AD LITEM FOR MINOR CLAIMANT M.M.**

[*Filed concurrently with Consent of Nominee*; and *Proposed Order Appointing Lucio Marquez as Guardian ad Litem for Minor Claimant M.M.; Ex Parte Application for Approval of the Claims or Potential Claims of Minor Claimant M.M. and Proposed Order*]

**APPLICATION OF LUCIO MARQUEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR CLAIMANT MARQUEZ**

1. M.M. is the minor brother of Plaintiff Juan Marquez. M.M. was born in August 2014. Pursuant to the California Tort Claims Act, on February 17, 2022, M.M. filed a tort claim arising from the incident giving rise to the instant lawsuit. M.M. is not a named Plaintiff in the instant case. Although he filed a tort claim, it was ultimately determined that he did not have standing to participate in the instant lawsuit, given that he did not witness the shooting of his brother, Plaintiff Juan Marquez, he is not an heir of Juan Marquez, and this is not a wrongful death case. This case has settled in its entirety, and at the request of Defendant County of Los Angeles, M.M. signed the settlement agreement and release. Pursuant to the settlement, this Court previously issued an order to disburse the settlement funds. (Dkt. 90). Defendant County of Los Angeles is unwilling to release the settlement funds until this Court appoints a guardian ad litem for M.M. and approves a petition for compromise of his claims or potential claims. Therefore, Plaintiffs file the instant Application.

2. Lucio Marquez is a responsible adult and fully competent to understand and protect the rights of claimant M.M. *See* Consent of Nominee to Appointment as Guardian *ad Litem* for Minor Claimant M.M. filed concurrently herewith.

3. Lucio Marquez is the natural father of claimant M.M. Although Lucio Marquez is a plaintiff in this matter, he has no interests adverse to M.M., and appointment of Lucio Marquez as guardian ad litem will not cause a conflict of interest.

Plaintiffs therefore respectfully request that this Court enter the proposed order filed concurrently herewith appointing Lucio Marquez as guardian ad litem for Claimant M.M.

DATED: 20/08/2026

By: *Lucio Marquez*
Lucio Marquez (Aug 20, 2026 09:53:50 PDT)
Lucio Marquez

Respectfully submitted,

DATED: August 21, 2026 **KIRAKOSIAN LAW, APC**

By: */s/ Greg L. Kirakosian* .
GREG L. KIRAKOSIAN
Attorneys for *ALL PLAINTIFFS*

DATED: August 21, 2026 **LAW OFFICES OF DALE K. GALIPO**

By: */S/ Dale K. Galipo* .
DALE K. GALIPO
Attorneys for *ALL PLAINTIFFS*