**KIRAKOSIAN LAW, APC**
GREG L. KIRAKOSIAN (SBN 294580)
GREG@KIRAKOSIANLAW.COM
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE: (213) 417-9790
FACSIMILE: (213) 477-2355

**LAW OFFICES OF DALE K. GALIPO**
DALE K. GALIPO, ESQ. (SBN 144074)
DALEKGALIPO@YAHOO.COM
21800 BURBANK BOULEVARD, SUITE 310
WOODLAND HILLS, CA 91367
TELEPHONE: (818) 347-3333
FACSIMILE: (818) 347-4118
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JUAN MARQUEZ, LUCIO MARQUEZ, HILDA GONZALES, JAVIER MARQUEZ, NICHOLAS MARQUEZ;

Plaintiffs,

vs.

JOSHUA CORRALES; ERNESTO HERNANDEZ, an individual; COUNTY OF LOS ANGELES, a Public Entity,

Defendants.

**CASE NO.: 2:22-cv-07246-FMO-AGR**

**CONSENT OF NOMINEE LUCIO MARQUEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR CLAIMANT M.M**

[*Filed concurrently with Application and Proposed Order Appointing Lucio Marquez as Guardian ad Litem for Minor Claimant M.M; Ex Parte Application for Approval of the Claims or Potential Claims of Minor Claimant M.M. and Proposed Order*]

# CONSENT OF NOMINEE

I, Lucio Marquez, the nominee and father of M.M., consent to act as guardian *ad litem* for M.M. in the above-referenced action.

I declare, under penalty of perjury and under the laws of the United States of America, that the foregoing is true and correct.

Executed on August 19 2026 in Whittier, California.

Lucio Marquez
Lucio Marquez (Aug 19, 2026 17:07:44 PDT)

Lucio Marquez

Respectfully submitted,

DATED: August 19, 2026

**KIRAKOSIAN LAW, APC**

By: *<u>/s/ Greg L. Kirakosian</u>*
GREG L. KIRAKOSIAN
Attorneys for *ALL PLAINTIFFS and Claimant M.M.*

DATED: August 21, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: *<u>/S/ Dale K. Galipo</u>*
DALE K. GALIPO
Attorneys for *ALL PLAINTIFFS and Claimant M.M.*