**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JUAN MARQUEZ, LUCIO MARQUEZ, HILDA GONZALES, JAVIER MARQUEZ, NICHOLAS MARQUEZ;

Plaintiffs,

vs.

JOSHUA CORRALES; ERNESTO HERNANDEZ, an individual; COUNTY OF LOS ANGELES, a Public Entity,

Defendants.

**CASE NO.: 2:22-cv-07246-FMO-AGR**

**[PROPOSED] ORDER GRANTING APPLICATION OF LUCIO MARQUEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR CLAIMANT M.M.**

[*Filed concurrently with Consent of Nominee* and *Application*]

IT IS HEREBY ORDERED THAT the application of Lucio Marquez for appointment as guardian *ad litem* for minor claimant M.M. is granted.

IT IS SO ORDERED.

DATED: UNITED STATES DISTRICT COURT

By:______________________________________

Honorable Fernando M. Olguin