**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Juan Marquez et al<br>PLAINTIFF(S),<br>v.<br>Joshua Corrales et al<br>DEFENDANT(S). | CASE NUMBER:<br>2:22-cv-07246-FMO-AGRx<br>**NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER** |

To: All Counsel Appearing of Record

The Judge/Magistrate Judge to whom the above-entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above-entitled case has been returned to the Clerk for ☐ random ☑ direct reassignment.

Accordingly, this case has been reassigned to:

☐ Hon. ____________________, U.S. District Judge for all further proceedings.
☑ Hon. Christina T. Shay, Magistrate Judge for:
 ☑ any discovery and/or post-judgment matters that may be referred.
 ☐ for all proceedings in accordance with General Order 05-07.

Please substitute the initials of the newly assigned Judge/Magistrate Judge so that the new case number will read: 2:22-cv-07246-FMO-CTSx. This is very important because documents are routed by the initials.

Clerk U.S. District Court

August 27, 2026
Date

By: A. Bandek
Deputy Clerk