**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JUAN MARQUEZ, by and through his Guardian ad Litem, Lucio Marquez; LUCIO MARQUEZ; HILDA GONZALES; JAVIER MARQUEZ; NICHOLAS MARQUEZ;

Plaintiffs,

vs.

JOSHUA CORRALES; ERNESTO HERNANDEZ; COUNTY OF LOS ANGELES,

Defendants.

CASE NO: 2:22-cv-07246-FMO-CTSx

**ORDER GRANTING APPLICATION [91] FOR LEAVE TO FILE PROPOSED ORDER UNDER SEAL**

IT IS HEREBY ORDERED THAT the Application for Leave to File Proposed Order Under Seal is Granted

**IT IS SO ORDERED.**

Dated: August 31, 2026

/s/
Honorable Fernando M. Olguin
United States District Court
Central District of California