**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN MARQUEZ, by and through his Guardian ad Litem, Lucio Marquez; LUCIO MARQUEZ; HILDA GONZALES; JAVIER MARQUEZ; NICHOLAS MARQUEZ;<br><br>Plaintiffs,<br><br>vs.<br><br>JOSHUA CORRALES; ERNESTO HERNANDEZ; COUNTY OF LOS ANGELES,<br><br>Defendants. | CASE NO: 2:22-cv-07246-FMO-CTSx<br><br>**ORDER GRANTING APPLICATION [94] OF LUCIO MARQUEZ FOR APPOINTMENT AS GUARDIAN AD LITEM FOR CLAIMANT M.M.**<br><br>[*Filed concurrently with Consent of Nominee* and *Application*] |

IT IS HEREBY ORDERED THAT the application of Lucio Marquez for appointment as guardian *ad litem* for minor claimant M.M. is granted.

IT IS SO ORDERED.

DATED:

By: /s/

Honorable Fernando M. Olguin
U.S. DISTRICT JUDGE