**JILL WILLIAMS – State Bar No. 221793**
**KIMBERLY MOROSI – State Bar No. 345641**
**CARPENTER, ROTHANS & DUMONT, LLP**
**500 S. Grand Avenue, 19th Floor**
**Los Angeles, CA 90071**
**(213) 228-0400 / (213) 228-0401 [Fax]**
**jwilliams@crdlaw.com / kmorosi@crdlaw.com**

Attorneys for Defendants,
County of Los Angeles, Deputy Joshua Corrales and
Deputy Ernesto Hernandez

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN MARQUEZ, an individual; LUCIO MARQUEZ, an individual; HILDA GONZALES, an individual; JAVIER MARQUEZ, an individual' NICHOLAS MARQUEZ, an individual;<br>Plaintiffs,<br>v.<br>JOSHUA CORRALES, an individual; ERNESTO HERNANDEZ, an individual; COUNTY OF LOS ANGELES, a public entity; and DOES 1 through 10, inclusive,<br>Defendants. | Case No. 2:22-cv-07246-FMO-AGR<br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and among the parties hereto, by and through their respective counsel of record, that this entire action is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). All parties to bear their own attorney's fees and costs.

///

///

DATED: September 17, 2026 LAW OFFICES OF DALE K. GALIPO

By: /s/ Renee V. Masongsong
Dale K. Galipo
Renee V. Masongong
Attorneys for Plaintiffs

DATED: September 15, 2026 CARPENTER, ROTHANS & DUMONT

By: /s/ Jill Williams
Jill Williams
Kimberly Morosi
Attorneys for Defendants