**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN MARQUEZ, an individual; LUCIO MARQUEZ, an individual; HILDA GONZALES, an individual; JAVIER MARQUEZ, an individual' NICHOLAS MARQUEZ, an individual;<br>Plaintiffs,<br>v.<br>JOSHUA CORRALES, an individual; ERNESTO HERNANDEZ, an individual; COUNTY OF LOS ANGELES, a public entity; and DOES 1 through 10, inclusive,<br>Defendants. | Case No. 2:22-cv-07246-FMO-AGR<br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, following stipulation of counsel, that this action is hereby dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). All parties to bear their own attorney's fees and costs.

DATED:

_______________________________
Honorable Fernando M. Olguin
United States District Judge